# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142466 & (44)

YVONNE WILLIAMS,
     Plaintiff-Appellee,

v

     SC:   142466
     CoA:  293061
     Wayne CC: 09-001387-NI

SUBURGAN MOBILITY AUTHORITY
FOR REGIONAL TRANSPORTATION,
     Defendant-Appellant.
and

JOHN DOE,
     Defendant.
_____

     On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk